**O**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLEASTER WHITE, JR., ) | CASE NO. ED CV 14-256 CJC (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| M.E. SPEARMAN, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of JAMES CLEASTER WHITE, JR., for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 14, 2014

*[signature]*

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE